In the Matter of Summary Proceedings Brought by Blossom Heath Inn, Appellant, v. Timothy D. Healy, Respondent.— Order of the County Court of Westchester county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

In the Matter of the Judicial Settlement of the Account of Magdalena Eysel, as Administratrix, etc., of Ferdinand E. Eysel, Deceased. Magdalena Eysel, Individually and as Administratrix, etc., of Ferdinand E. Eysel, Deceased, and People's Surety Company, as Surety, Respondents; Marie Eysel and Others, Appellants.— Decree of the Surrogate's Court of Kings county affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr and Carr, JJ., concurred; Thomas, J., dissented as to the promissory note.

John Pirkl Iron Works, Respondent, v. National Surety Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Carr and Rich, JJ., concurred.

John Reis Company, Respondent, v. Claude L. Wheeler, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Woodward and Rich, JJ., concurred.

Andrew Kurz, as Administrator, etc., of Katharina Kurz, Deceased, Appellant, v. Frances Schraefel, Respondent.— The defense of defect of parties not having been taken by answer or demurrer is not available upon the trial. (*Wolverton* v. *Rogers*, 123 App. Div. 45.) Judgment reversed and new trial granted, costs to abide the final award of costs. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Frank Lisanti, Respondent, v. J. Addison Young, as Temporary Receiver of the Westchester Electric Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Carr and Rich, JJ.

Frank Lisanti, Respondent, v. J. Addison Young, as Temporary Receiver of the Westchester Electric Railroad Company, Appellant.— Order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Carr and Rich, JJ.

Frank Logerto, Appellant, v. Central Building Company, Respondent. — Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

Nicolina Macioce, as Administratrix, etc., of Framanio Macioce, Deceased, Appellant, v. William A. Johnston, Respondent.—Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Isaac .N. Miller, Appellant, v. Leon Lemberg and Others, Defendants, Impleaded with Samuel Palley and Artonbel Realty Company, Respond-